# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2010

Marilyn Kelly,
Chief Justice

140344

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GORDON WILLFORD, Individually and as
Next Friend of Heather Willford, a Minor,
          Plaintiff-Appellant,

v

CATHERINE THORINGTON, as Guardian Ad
Litem of Travis Thorington, a Minor,
          Defendant-Appellee.

SC: 140344
COA: 287909
Gladwin CC: 07-003280-NO

_____/

      On order of the Court, the application for leave to appeal the December 1, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2010

Clerk

0429